**08-CV-05701-STIP**                                    Honorable Franklin D. Burgess



UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY MORRIS, a single person,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>    Defendant. | NO. C08-5701 FDB<br><br>STIPULATION AND ORDER FOR EXTENSION OF EXPERT DEADLINES |

THE PARTIES TO THIS ACTION, as evidenced by the signatures of their counsel, below, hereby stipulate as follows:

1. Delays in the production of documents have occurred that have made it impossible for experts to complete their investigation and their written reports according to the existing schedule.

2. The parties agree to the entry of the Order attached below, and respectfully ask the court to enter it and adjust the expert disclosure dates accordingly.

STIPULATION AND ORDER FOR
EXTENSION OF EXPERT DEADLINES        - 1 -

413445/082409 1246/04251611

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  DATED this ____ day of August, 2009.

2  RON MEYERS & ASSOCIATES, P.S.          BETTS, PATTERSON & MINES, P.S.

4  By_____            By_____
5  Kenneth Gorton, WSBA #37597             Joseph D. Hampton, WSBA #15297
   Attorneys for Plaintiff                 Attorneys for Defendant

7                                  ORDER

8  Pursuant to the foregoing Stipulation, it is hereby

9  ORDERED as follows:

10  1.  The parties shall disclose experts by August 24, 2009;

11  2.  The parties shall disclose expert reports by October 1, 2009;

12  3.  The parties shall disclose rebuttal experts and their opinions by October 15,
13      2009;

14  4.  The parties shall file their objections to oppositions' experts by November 9,
15      2009.

16  DONE IN OPEN COURT this ____ day of _____, 2009.

18  _____
19  FRANKLIN D. BURGESS
    Judge, United States District Court

20  Presented by:

21  BETTS, PATTERSON & MINES, P.S.

23  By_____
24  Joseph D. Hampton, WSBA #15297
    Attorneys for Defendant

STIPULATION AND ORDER FOR
EXTENSION OF EXPERT DEADLINES          - 2 -
413445/082409 1246/04251611

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  Approved as to form; Notice
   of Presentation waived:
2
   RON MEYERS & ASSOCIATES, P.S.
3

4
   By _____
5  Kenneth Gorton, WSBA #37597
   Attorneys for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER FOR
EXTENSION OF EXPERT DEADLINES          - 3 -

413445/082409 1246/04251611

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988