

HE HONORABLE FRANKLIN D. BURGESS

08-CR-05701-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY MORRIS, a single person,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | Case No.   C08-5701 FDB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

RON MEYERS & ASSOCIATES, PLLC            BETTS, PATTERSON & MINES, P.S.

By: _____            By: _____
Kenneth Gorton, WSBA # 37597                 Joseph D. Hampton, WSBA # 15297
Attorney for Plaintiff                       Attorney for Defendant

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Page 1 of 2

RON MEYERS & ASSOCIATES PLLC
4134 Hunter Mill Lane NE, Olympia WA 98516
(360) 459-5600 / Fax: (360) 459-5622

1  ORDER OF DISMISSAL

2  Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND
3  DECREED that this action is dismissed with prejudice and without costs.

4  DONE IN OPEN COURT this __17__ day of __Nov__, 2009

6
   _____
7  JUDGE FRANKLIN D. BURGESS

8  Presented by:

9  BETTS, PATTERSON & MINES, P.S.

10

11 By: _____
   Joseph D. Hampton, WSBA #15297
12 Jennifer P. Dinning, WSBA #38236
   Attorneys for Defendant
13

14

15 Approved as to form; Notice of Presentation waived:

16 RON MEYERS & ASSOCIATES, PLLC

17

18 By: _____
   Kenneth Gorton, WSBA # 37597
19 Attorney for Plaintiff

| STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br>Page 2 of 2 | RON MEYERS & ASSOCIATES PLLC<br>4134 Hunter Mill Lane NE, Olympia WA 98516<br>(360) 459-5600 / Fax: (360) 459-5622 |
|---|---|